ORIGINAL

FILED
JUN 13 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JEM TRANSPORT, INC.** | ) | **BID PROTEST** |
| **Plaintiff,** | ) | |
| | ) | **08-428 C** |
| **v.** | ) | **Fed. Cl. No. ________** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for JEM Transport, Inc., state that the following are parent corporations or corporations which own 10% or more of JEM Transport, Inc.: None.

Dated: June 13, 2008

Respectfully submitted,

Claude P. Goddard, Jr.
AKERMAN, SENTERFITT, WICKWIRE GAVIN
8100 Boone Blvd., Suite 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1767 - fax

*Attorney of Record for*
*JEM Transport, Inc.*

Of Counsel:
David P. Hendel
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Blvd., Ste. 700

Vienna, Virginia 22182
(703) 790-8750
(703) 448-1767 (Fax)

## CERTIFICATE OF SERVICE

The undersigned certifies he caused a copy of the foregoing Plaintiff's Rule 7.1 Disclosure Statement to be served on the following this 13th day of June, 2008:

John Roberson, Esquire
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor, L Street Building
Room 12062
Washington, D.C. 20005
**[Via Email Delivery]**

Claude P. Goddard, Jr.