# In the United States Court of Federal Claims

JEM TRANSPORT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**No. 08-428 C**

**Filed June 16, 2008**

**ORDER**

Having consulted with the parties regarding their availability, the Court **ORDERS** that the parties shall participate in an initial telephonic status conference pursuant to paragraph 8 of Appendix C to the Rules of this court, at **9:30 a.m. Eastern Daylight Time on Wednesday, June 18, 2008.** The Court will initiate the call.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge