# In the United States Court of Federal Claims

| | | |
|---|---|---|
| JEM TRANSPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | **No. 08-428 C**<br><br>**Filed June 16, 2008** |

## ORDER

In preparation for the initial status conference tomorrow in this post-award bid protest case, the Court requests that the parties consider the following possible briefing schedule and be prepared to advise the Court of their positions with respect thereto:

1) Administrative Record ("AR") filed **Monday, June 30, 2008**;

2) Plaintiff's motion for judgment on the AR filed **Monday, July 14, 2008;**

3) Defendant's opposition and cross-motion for judgment on the AR filed **Monday, July 28, 2008**;

4) Plaintiff's opposition to defendant's cross motion and reply in support of plaintiff's motion filed **Monday, August 11, 2008**;

5) Defendant's reply filed **Monday, August 18, 2008**;

6) Hearing on cross-motions **Monday, August 25, 2008 at 2 p.m.**

The Court would welcome any alternate schedules that the parties might care to propose. The Court expects such schedules to be consistent with "the need for expeditious resolution of the action." 28 U.S.C. 1491(b)(3).

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge