IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEM TRANSPORT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | BID PROTEST |
| | ) | |
| v. | ) | Case No. 08-428C |
| | ) | (Judge George W. Miller) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. JOHN H. ROBERSON, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/JOHN H. ROBERSON

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-7972
Facsimile: (202) 514-8640
Email: John.Roberson@usdoj.gov

Dated: June 16, 2008

CERTIFICATE OF FILING

I hereby certify that on June 16, 2008 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John H. Roberson