# In the United States Court of Federal Claims

| | |
|---|---|
| JEM TRANSPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>MLM TRUCKING, INC.,<br><br>Defendant-Intervenor. | **No. 08-428 C**<br><br>**Filed June 18, 2008** |

## ORDER

On June 18, 2008, pursuant to the Court's order of June 16, 2008 (docket entry 5), the Court, counsel for plaintiff, defendant, agency counsel, and counsel for the contract awardee, MLM Trucking, Inc., participated in an initial telephonic status conference in this post-award bid protest action. Consistent with the discussion during that conference, the Court does hereby **ORDER** that:

1) MLM Trucking, Inc. is **GRANTED** leave to intervene in this action on the side of defendant. Counsel for MLM Trucking, Inc., Christopher Sharp, Esq., shall promptly move for admission to the Bar of this court and become qualified to utilize the court's CM/ECF system.

2) The briefing schedule proposed by the Court in its order of June 16, 2008 (docket entry 6) is hereby amended pursuant to defendant's request. The schedule as amended is as follows: defendant shall file the Administrative Record ("AR") by **Monday, June 30, 2008**; plaintiff shall file its motion for judgment on the AR by **Monday, July 14, 2008**; defendant and defendant-intervenor shall file their oppositions and cross-motions for judgment on the AR by **Monday, July 28, 2008**; plaintiff shall file its opposition to the cross-motions of defendant and defendant-intervenor and reply in support of plaintiff's motion by **Monday, August 11, 2008**; defendant and defendant-intervenor shall file their replies by **August 25, 2008.**

3) The Court will hold a hearing on the parties' cross-motions on **Thursday, August 28, 2008, at 2:00 p.m. Eastern Daylight Time at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.**

4) Without prejudice to whether it is properly part of the AR with respect to the award being challenged in this action, defendant shall file, also on **Monday, June 30, 2008**, the AR with respect to plaintiff's protest of the initial award of the same contract to Postal Carrier Corporation and the decision of the Postal Service Ombudsman granting plaintiff's protest of that earlier award.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge