**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| JEM TRANSPORT, INC., Plaintiff, | ) | |
| v. | ) | No. 08-428C (**Judge George W. Miller**) |
| UNITED STATES, Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case will exceed the four megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC"), Appendix E, Rule 9(d), and the 50-page limitation requiring printed documents, RCFC App. E, Rule 10. In addition, a sealed administrative record may not be filed electronically unless authorized by the Court. RCFC App. E, Rule 11. Counsel for plaintiff and counsel for intervenor have been contacted and they do not oppose this motion.

The administrative record materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Filing on CD-ROM also provides the most efficient and secure method for submission of the administrative record under seal. Counsel for plaintiff, JEM Transport, Inc., and counsel for the intervenor, MLM Trucking, Inc., have agreed to accept service of the administrative record on a CD-ROM, which has been served upon them.

Defendant will also file two paper copies of the administrative record with the Judge's chambers.

For these reasons, defendant respectfully requests that this motion for leave to file the administrative record on a CD-ROM.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 353-7972
Fax: (202) 514-8640
John.Roberson@usdoj.gov

Attorneys for Defendant

Of Counsel:

MICHELLE A. WINDMUELLER
Appellate Attorney
United States Postal Service
Office of General Counsel
475 L'Enfant Plaza SW, Room 6403
Washington, DC 20260
Tel: (202) 268-2064
Fax: (202) 268-2049
Michelle.A.Windmueller@usps.gov

June 30, 2008

CERTIFICATE OF FILING

I hereby certify that on this 30 day of June, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Department of Justice