# In the United States Court of Federal Claims

| | |
|---|---|
| JEM TRANSPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>MLM TRUCKING, INC.,<br><br>Defendant-Intervenor. | No. 08-428 C<br><br>Filed June 30, 2008 |

**ORDER**

On June 30, 2008, defendant filed an unopposed motion for leave to file the administrative record in this proceeding on a CD-ROM rather than through the court's CM/ECF electronic filing system. Because no party opposes defendant's motion, the Court hereby GRANTS it. Defendant shall file the administrative record on CD-ROM and shall provide the Court's chambers with two copies of the administrative record in paper form. Further, because plaintiff and defendant-intervenor have agreed to be served via delivery of a copy of the CD-ROM, defendant shall serve the administrative record on the other parties in this fashion.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge