# In the United States Court of Federal Claims

| | |
|---|---|
| JEM TRANSPORT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | **No. 08-428 C**<br><br>**Filed July 9, 2008** |

**ORDER**

Pursuant to the parties' request of July 9, 2008, the Court **ORDERS** that the parties shall participate in a telephonic status conference at **noon Eastern Daylight Time on Thursday, July 10, 2008.** The Court will initiate the call.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge