**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| JEM TRANSPORT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-428C |
| v. | ) | (**Judge George W. Miller**) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTS TO THE ADMINISTRATIVE RECORD ON CD-ROM**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant, the United States, seeks leave to file supplemental documents to the administrative record on CD-ROM, together with two bound courtesy copies to chambers.

Defendant has consulted with counsel for plaintiff and the intervenor and both have agreed to the filing of these additional documents to the administrative record which were inadvertently not produced with our filing of documents on June 30, 2008. Moreover, both plaintiff and intervenor have agreed to accept service of the documents via CD-Rom. Accordingly, defendant respectfully requests leave to file additional documents to the administrative record.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 353-7972
Fax: (202) 514-8640
John.Roberson@usdoj.gov

Attorneys for Defendant

Of Counsel:

MICHELLE A. WINDMUELLER
Appellate Attorney
United States Postal Service
Office of General Counsel
475 L'Enfant Plaza SW, Room 6403
Washington, DC 20260
Tel: (202) 268-2064
Fax: (202) 268-2049
Michelle.A.Windmueller@usps.gov

July 9, 2008

CERTIFICATE OF FILING

I hereby certify that on this 9th day of July, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTS TO THE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Department of Justice