# In the United States Court of Federal Claims

JEM TRANSPORT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**No. 08-428 C**

**Filed July 9, 2008**

**ORDER**

On July 9, 2008, defendant filed a motion for leave to file supplemental documents to the administrative record on CD-ROM, along with two bound courtesy copies (docket entry 16). Defendant represented that it consulted with both plaintiff and defendant-intervenor, and that both parties have agreed to the filing of the supplemental documents.

In light of the foregoing, the Court **ORDERS** that defendant's motion is **GRANTED**. As defendant has already provided the electronic and paper copies, the supplemental documents are hereby made part of the administrative record with no further action required.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge