# In the United States Court of Federal Claims

| | |
|---|---|
| JEM TRANSPORT, INC., Plaintiff, v. THE UNITED STATES, Defendant, and MLM TRUCKING, INC., Defendant-Intervenor. | No. 08-428 C<br>Filed July 10, 2008 |

**ORDER**

The Court and the parties participated in a telephonic status conference on July 10, 2008, during which defendant informed the Court that the Postal Service has decided to terminate for convenience the contract it has with defendant-intervenor that is the subject of this litigation. Defendant does not at this point admit that there was any illegality in the solicitation and evaluation that led to the contract award to defendant-intervenor, but defendant plans to conduct a new solicitation. Although defendant and defendant-intervenor believe that such action moots plaintiff's complaint, plaintiff disagrees, contending that, should the Court decide in plaintiff's favor on the merits of its claim, the Court could order defendant not to conduct new solicitation proceedings, but instead to re-evaluate the proposals defendant already has in hand according to the terms of the original solicitation. Plaintiff also contends that defendant's termination for convenience does not address plaintiff's asserted right to recover bid and proposal costs. After a full airing of these issues, it is apparent that the parties do not agree that plaintiff's complaint should be voluntarily dismissed. Accordingly, the Court would appreciate the opportunity to have the issues briefed more fully, as set forth below.

The Court therefore **ORDERS** the following:

1. Defendant shall submit not later than **5:00 p.m. on Thursday, July 17, 2008**, its motion to dismiss on mootness grounds.

2. Plaintiff shall have until **5:00 p.m. on Thursday, July 24, 2008**, to submit any response to defendant's motion to dismiss.

3. The Court will hold oral argument on defendant's motion to dismiss at **2:00 p.m. on Friday, July 25, 2008**. At the moment, the Court plans to conduct this oral argument in open court at the National Courts Building, but the Court may revisit that decision and order that the hearing be held telephonically after reviewing defendant's brief in support of its motion to dismiss. The Court plans to issue a ruling on the motion to dismiss as soon as possible following the completion of the oral argument on July 25.

4. Counsel for defendant stated that the Postal Service will defer any new solicitation for the work covered by the contract at issue until the Court issues its ruling on defendant's motion to dismiss.

In addition, the Court **FURTHER ORDERS** the following:

1. Plaintiff's deadline to file its motion for judgment on the administrative record is moved from 5:00 p.m. on Monday, July 14, 2008, to **12:00 noon on Wednesday, July 16, 2008**.

2. Defendant's deadline to respond to plaintiff's motion for judgment on the administrative record will not be 5:00 p.m. on Monday, July 28, 2008. The Court will consider an appropriate briefing schedule on the motions for judgment on the administrative record in light of its ruling on defendant's motion to dismiss and will discuss with the parties a new briefing schedule at the time it issues its ruling on defendant's motion to dismiss.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge