# In the United States Court of Federal Claims

| | | |
|---|---|---|
| JEM TRANSPORT, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 08-428 C<br>Filed July 21, 2008 |

## ORDER

On July 21, 2008, defendant filed a motion to convert its motion to dismiss, filed on July 17, 2008 (docket entry 23), to a sealed document, pursuant to the Court's protective order dated June 18, 2008 (docket entry 9).

Defendant's motion is hereby **GRANTED**. The clerk's office has converted the motion to dismiss to a sealed document, thus no further action is required.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge