# In the United States Court of Federal Claims

| | |
|---|---|
| JEM TRANSPORT, INC., Plaintiff, v. THE UNITED STATES, Defendant, and MLM TRUCKING, INC., Defendant-Intervenor. | No. 08-428 C<br>Filed July 25, 2008 |

**ORDER**

On July 17, 2008, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Rules of the United States Court of Federal Claims, arguing that voluntary corrective action taken by defendant had mooted plaintiff's claims for relief. On July 24, 2008, plaintiff responded to defendant's motion to dismiss. The Court held oral argument on the motion to dismiss on July 25, 2008. Based on the arguments presented in the parties' briefs on the motion to dismiss and on the parties' oral argument, the Court **ORDERS** as follows: the Court **DEFERS** any decision on defendant's motion to dismiss as it relates to plaintiff's claim for injunctive relief until defendant completes the corrective action it has proposed. Assuming the corrective action does occur, the Court intends to grant the motion to dismiss with respect to injunctive relief. The Court hereby **DENIES** defendant's motion as it relates to plaintiff's claim for a declaratory judgment and to recover bid and proposal preparation costs, without prejudice to defendant's right to renew its motion to dismiss those claims after the corrective action occurs.

Given the foregoing, the Court **FURTHER ORDERS** as follows:

Defendant shall move forward with the termination for convenience and re-solicitation process it has proposed, which it had estimated would be completed by **Friday, September 12, 2008**.

The parties shall submit an interim joint status report on **Friday, August 22, 2008**, informing the Court of progress toward the re-solicitation. In addition, should defendant believe at any point that re-solicitation will extend beyond September 12, 2008, and will therefore require the award of an emergency contract or bridge contract, it shall so inform the Court and counsel for plaintiff so that plaintiff may move for whatever relief it feels is necessary and so that the Court may consider whether adjustments to this schedule are warranted.

On **Monday, September 22, 2008**, the parties shall file a joint status report informing the Court of the outcome of the re-solicitation process and the parties' positions on any claim by plaintiff for declaratory relief and to recover bid and proposal preparation costs, as well as a proposed schedule for further proceedings looking toward a resolution of any such claim or claims. Promptly after receipt of the parties' joint status report, the Court, in consultation with counsel, will convene a status conference to discuss such further proceedings.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge