**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| JEM TRANSPORT, INC., Plaintiff, | ) | |
| v. | ) | No. 08-428C |
| UNITED STATES, Defendant, | ) | (**Judge George W. Miller**) |
| and | ) | |
| MLM TRUCKING, INC., Defendant-Intervenor. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated July 25, 2008, defendant, the United States, defendant-intervenor, MLM Trucking, Inc. ("MLM"), and plaintiff, JEM Transport, Inc., respectfully submit their joint status report.

The United States Postal Service ("Postal Service") has made the following progress with respect to the resolicitation of a contract for the provision of mail transportation service between West Palm Beach, Florida, and Miami, Florida. The Postal Service issued a solicitation for a new contract covering that route (HCR 331M9) on August 7, 2008. The deadline for submitting proposals is August 21, 2008. Joseph G. Arsenault, the Postal Service contracting officer for the Postal Service's Northeast Distribution Networks Office, will make an award determination after reviewing the proposals. At this time, there does not appear to be a need for either an emergency contract or a bridge contract extending the current contract, HCR 331M8. The Postal Service currently anticipates that the new contract (HCR 331M9) will begin on September 13, 2008. The

new contract (HCR 331M9) will terminate on March 31, 2011, the same date as was originally anticipated for the previous contract for the route (HCR 331M8).

Neither plaintiff nor defendant-intervenor intend to file a pre-award protest of the HCR 331M9 solicitation.

Respectfully submitted,

/s/ Claude P. Goddard, Jr.
CLAUDE P. GODDARD, JR.
Akerman Senterfitt Wickwire Gavin
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
(703) 790-8750

Counsel for Plaintiff

/s/ Christopher C. Sharp
CHRISTOPHER C. SHARP
Sharp Law Firm, P.A.
7350 N.W. 5th Street
Plantation, Florida 33317
(954) 617-6017

Counsel for Defendant-Intervenor

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
by Franklin White
DEBORAH A. BYNUM
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 353-7972

Of Counsel:
MICHELLE A. WINDMUELLER
Appellate Attorney
United States Postal Service
Office of General Counsel
475 L'Enfant Plaza SW, Room 6403
Washington, DC 20260
Tel: (202) 268-2064
Attorneys for Defendant

August 22, 2008

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of August, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Department of Justice