**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| **JEM TRANSPORT, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-428C** |
| | ) | **(Judge George W. Miller)** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, JEM Transport, Inc. (JEM Transport), pursuant to Rule 41(a) of the Rules of the U.S. Court of Federal Claims respectfully files its notice dismissing this action.

Dated: September 10, 2008

Respectfully submitted,

/s/ Claude P. Goddard, Jr.

Claude P. Goddard, Jr.
**AKERMAN, SENTERFITT, WICKWIRE GAVIN**
8100 Boone Blvd., Suite 700
Vienna, Virginia 22182
(703) 790-8750 - phone
(703) 448-1767 - fax

***Attorney of Record for JEM Transport, Inc.***

Of Counsel:
David P. Hendel
**AKERMAN SENTERFITT WICKWIRE GAVIN**
8100 Boone Blvd., Ste. 700
Vienna, Virginia 22182
(703) 790-8750
(703) 448-1767 (Fax)